| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | <u>2019CV1011502277</u> |
| ) | CIVIL CASE NUMBER |
| COUNTY OF CHARLESTON ) | |
| ) | IN THE MAGISTRATE'S COURT |
| ) | |
| ) | SUMMONS |

Robrica Downs
1 Donnan Rd
Taylors, SC 29687
(864) 365-9872
**PLAINTIFF(S)**

Vs

Med Trust Medical Transport
1014 Bankton Circle
Suite 100
Hanahan, SC 29410
**DEFENDANT(S)**

### TO THE DEFENDANT(S) NAMED ABOVE:

**YOU ARE SUMMONED** and required to answer the allegations of the attached complaint and present any appropriate counterclaims/crossclaims to the attached Complaint within THIRTY days from the first day after receipt of this summons. Your Answer must be received by the:

Small Claims - North
4045 Bridge View Drive
P. O. Box 70235
North Charleston, SC 29405
Phone: (843) 202-6650
Fax: (843) 202-6652

If you fail to answer within the prescribed time, a judgment by default may be rendered against you for the amount or other remedy requested in the attached complaint, plus interest and costs. **If you desire a jury trial, you must request one in writing at least five (5) working days prior to the date set for trial.** If no jury trial is timely requested, the matter will be heard and decided by the Judge.

## READ ATTACHED INSTRUCTIONS CAREFULLY

October 28, 2019

MV38   SCCA/700 (Amended 12/2015)

Exhibit A

STATE OF SOUTH CAROLINA
COUNTY OF CHARLESTON

IN THE SMALL CLAIMS COURT

Case No: 2019CV1011502271
Filed: 10/28/2019
FILED IN CHARLESTON COUNTY
OCT 28 2019
NORTH AREA SMALL CLAIMS

Plaintiff: Robrica Downs
Mailing address
Street Address: 1 Donnan Rd
City: Taylors  State: SC  Zip: 29687
Phone: 864 365 9872

Physical address:
820 Rivers Ave
Unit 2427
Charleston
SC 29406

Defendant: MedTrust Medical Transport
1014 Bankton Cir
Suite 100
Hanahan SC 29410
Corporation Service Company
Street Address: 1703 Laurel St
City: Columbia  State: SC  Zip: 29201
Phone:

I, the plaintiff in this civil action, make the following claim against the defendant:
1.) I believe that the defendant is a resident of _____.
2.) Check a, b, or c to indicate the type of suit and supply documents required.
   a. ( ) This is a suit on a note; Two (2) copies of note attached. Defendant has defaulted in payment of said note with balance of $_____ now due and payable.
   b. ( ) This is a suit on an account; Two (2) copies of statement attached. Sign as affiant swearing to statement and have your signature notarized.

SWORN and subscribed before me this
_____ day of _____ 20___

_____

NOTARY PUBLIC, State of South Carolina
My Commission Expires:_____

Attached to this complaint is a statement of account which I swear to be true and correct, with no part of the balance having been paid.

_____
Affiant=s Signature (Plaintiff)

c. ( ) OTHER. This is a claim based on the following facts: (Describe Complaint)
Unpaid overtime wages
_____
_____
_____
_____
_____

(attach supplement if necessary)

3.) I believe because of the following information, that I am entitled to, and request a judgment for
$ 7500 and/or other relief:
_____

(Include any costs resulting from this action. (Example: court costs, legal fees, interest)

I STATE UNDER PENALTY OF PERJURY THAT THE ABOVE IS CORRECT AND TRUTHFUL.

10-28-19
Date

Signature of Plaintiff or Attorney

FORM C32-5270