AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Robrica Downs, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:19-cv-3330-BHH |
| Medtrust Medical Transport LLC, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Having adopted the Report and Recommendation of the Magistrate Judge, the Court dismisses this case with prejudice pursuant to Rule 41(b) due to Plaintiff Robrica Down's failure to prosecute.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Bruce Howe Hendricks, United States District Judge.

Date:  August 17, 2020                                              CLERK OF COURT

                                                                    s/ V. Druce, Deputy Clerk
                                                                    *Signature of Clerk or Deputy Clerk*